**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO TOBAR, EDUARDA TOBAR,<br><br>      Plaintiff,<br><br>  v.<br><br>U.S. BANCORP, et al.,<br><br>      Defendants. | Case No. EDCV 09-01918VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  February 18, 2010

                                            VIRGINIA A. PHILLIPS
                                            United States District Judge